# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00932-CR

**Nina Dukes, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 117TH DISTRICT COURT OF NUECES COUNTY
### NO. 18FC-2672B, HONORABLE SANDRA WATTS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Nina Dukes has filed in this Court a pro se notice of appeal from an order of the 117th District Court of Nueces County imposing sanctions on Dukes for violating the terms and conditions of her community supervision and modifying the conditions of her community supervision. Nueces County lies outside this Court's jurisdiction, *see* Tex. Gov't Code § 22.201(d), and is instead within the jurisdiction of the Thirteenth District Court of Appeals in Corpus Christi, *see id*. § 22.201(n). Because we have no appellate jurisdiction in this matter, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

                    Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed for Want of Jurisdiction

Filed:   January 16, 2020

Do Not Publish